IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AGRAMAR CORP.,<br><br>    Plaintiff<br><br>    v.<br><br>BLUE RIBBON COMMODITY TRADERS,<br>INC. d/b/a BLUE RIBBON CORP.,<br><br> Defendant/Third-Party Plaintiff<br><br>    v.<br><br>CARLOS BETANCOURT,<br><br>    Third-Party Defendant | CIVIL NO. 05-1704 (JP) |

**FINAL JUDGMENT**

The parties hereto, Defendant and Third-Party Plaintiff Blue Ribbon Commodity Traders, Inc. ("Blue Ribbon"), and Third-Party Defendant Carlos Betancourt ("Betancourt") and non-party Valley Forge Insurance Company ("CNA"), have agreed to settle this case. Pursuant thereto, the Court **ENTERS JUDGMENT FOR THIRD-PARTY DEFENDANT BETANCOURT** to have and recover from Blue Ribbon and CNA an amount of fifty thousand dollars ($50,000), which amount encompasses all costs and attorneys' fees, including without limitation, all costs and attorneys' fees that have already been awarded by the Court. CNA agrees to pay this amount to Betancourt within fifteen (15) days from entry of this Judgment.

CIVIL NO. 05-1704 (JP)          -2-

    This Judgment is a release from all causes of action exercised in Third-Party Defendant Betancourt's counterclaim against Blue Ribbon, and all causes of action that could follow or emanate from the facts stated therein.  This is not an admission of any liability on the part of Blue Ribbon or CNA.

    **IT IS SO ORDERED AND ADJUDGED**.

    In San Juan, Puerto Rico, this 29th day of November, 2006.

    s/Jaime Pieras, Jr.
    JAIME PIERAS, JR.
    U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

Alfredo F. Ramírez-Macdonald

ALFREDO F. RAMIREZ-MACDONALD, ESQ.
O'Neill & Borges
Attorney for Blue Ribbon and CNA

Keith A. Graffam

KEITH A. GRAFFAM, ESQ.
Graffam & Biaggi
Attorney for Carlos Betancourt